## KNOTE v. NIFONG

No. 68P90

Case below: 97 N.C.App. 105

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## McCABE v. DAWKINS

No. 127P90

Case below: 97 N.C.App. 447

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## MATTHEWS v. N.C. DEPT. OF CORRECTION

No. 81P90

Case below: 97 N.C.App. 142; 326 N.C. 483

Motion by plaintiff for reconsideration of the petition for discretionary review denied 10 May 1990.

## MILLS v. CHARLOTTE MEMORIAL HOSPITAL

No. 129P90

Case below: 97 N.C.App. 507

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## QUALITY WATER SUPPLY, INC. v. CITY OF WILMINGTON

No. 85P90

Case below: 97 N.C.App. 400

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.